# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANIS PRISNEL,

      Petitioner,

v.                                    Civ. No. 26-761 JB/GBW

WARDEN, *Otero County Processing Center*;
MARY DE ANDA-YBARRA, *Field Office Director Of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement*; TODD LYONS, *Acting Director
Immigration and Customs Enforcement*;
SECRETARY, *U.S. Department of Homeland Security*; and
PAMELA BONDI, *U.S. Attorney General*,

      Respondents,[1]

## ORDER TO ANSWER

This matter is before the Court on Petitioner Anis Prisnel's Petition for Writ of

Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). *Doc. 1.* Petitioner is detained at the

Otero County Processing Center and is proceeding *pro se*. The Petition challenges his

continued immigration detention and, construed liberally, appears to allege he has not

received a bond hearing and is not subject to a final removal order. Also before the

Court is Petitioner's Motion to Proceed In Forma Pauperis ("IFP Motion"). *Doc. 2.* It

---

[1] The Court adds/substitutes the above-listed parties as Respondents. *See Torres-Torres v. Miller*, 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

appears Petitioner is unable to prepay the $5.00 habeas filing fee. The Court will grant the IFP Motion pursuant to 28 U.S.C. § 1915(b)(4) and Petitioner shall be excused from prepaying the filing fee.

Having reviewed the record, the Court finds the Petition is not subject to summary dismissal. The Clerk's Office has electronically served the Petition on Respondents pursuant to the Standing Order Regarding Service of Process in Immigration Habeas Petitions Filed Pursuant to 28 U.S.C. § 2241. *See doc. 3*; Case No. 26-mc-00004, *doc. 3* (D.N.M. Jan. 28, 2026). Respondents have also been added as notice-recipients in CM/ECF and will receive all filings in this case. *See doc. 2.*

The United States Attorney's Office (USAO) shall answer the Petition within ten (10) business days of entry of this Order. Petitioner may file an optional reply within seven (7) days after the response is filed.

**IT IS ORDERED** that the USAO shall **ANSWER** the Petition within ten (10) business days of entry of this Order; and Petitioner may submit an optional reply within seven (7) days after the answer is filed.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Proceed In Forma Pauperis (*doc. 2*) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **UPDATE** the case caption to match the party Respondents added/substituted via this Order.

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

3